IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States of America,

        Plaintiff,

        vs.                                      Case No. 07-10083-JTM

Jesus G. Ceniceros,

        Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the defendant Jesus Ceniceros's Motion for Early Termination of Supervision. Ceniceros pled guilty to conspiracy to distribute methamphetamine, and was sentenced to 120 months incarceration, followed by a five year term of supervised release. Conditions of the release include participation in a substance abuse program and abstaining from alcohol.

Ceniceros began supervised release on December 12, 2014, and he has completed a substance abuse program. He is subject to random urinalysis testing. All tests, including the most recent in October, 2015, have been negative. He resides with his wife, children and grandchildren, and is gainfully employed.

However, while Ceniceros has completed successfully a year of supervised release,

1

this reflects only a small portion of the original five year term. Accordingly, the court denies the defendant's present motion for termination of supervised release. Upon an appropriate motion by the defendant, the court will reconsider the matter in 2017.

IT IS ACCORDINGLY ORDERED this 15th day of January, 2016, that the defendant's Motion for Early Termination (Dkt. 97) is hereby denied.

                                                          s/ J. Thomas Marten
                                                  J. THOMAS MARTEN, JUDGE